# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF OHIO

# EASTERN DIVISION

| | | |
|---|---|---|
| CARMEN STEPHENSON & AKILAH WRIGHT, ET AL. | : | Case No. 2:16-cv-01029 |
| | : | |
| | : | Judge Algenon Marbley |
| Plaintiffs, | : | |
| | : | Magistrate Judge Elizabeth Preston Deavers |
| v. | : | |
| | : | **DISMISSAL WITH PREJUDICE** |
| FOOD CONCEPTS INTERNATIONAL, LP, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

| | | |
|---|---|---|
| TIFFANY CONN, | : | Case No. 2:17-CV-00824 |
| | : | |
| Plaintiff, | : | Judge Algenon Marbley |
| | : | |
| v. | : | Magistrate Judge Elizabeth Preston Deavers |
| | : | |
| FOOD CONCEPTS INTERNATIONAL, LP, et al., | : | **DISMISSAL WITH PREJUDICE** |
| | : | |
| | : | |
| Defendants. | : | |

:

| | | |
|---|---|---|
| JADE LICHTENBERGER, | : | Case No. 2:17-CV-00825 |
| | : | |
| Plaintiff, | : | Judge Algenon Marbley |
| | : | |
| v. | : | Magistrate Judge Elizabeth Preston Deavers |
| | : | |
| FOOD CONCEPTS INTERNATIONAL, LP, et al., | : | **DISMISSAL WITH PREJUDICE** |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

| | | |
|---|---|---|
| BRITTANY STONE, | : | Case No. 2:17-CV-00824 |
| | : | |
| Plaintiff, | : | Judge Algenon Marbley |
| | : | |
| v. | : | Magistrate Judge Elizabeth Preston Deavers |
| | : | |
| FOOD CONCEPTS INTERNATIONAL, LP, et al., | : | **DISMISSAL WITH PREJUDICE** |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

## DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Carmen Stephenson, Akilah Wright, Tiffany Conn, Jade Lichtenberger and Brittany Stone, by their undersigned counsel, hereby dismiss their cases with prejudice. The Court reserves jurisdiction to the extent necessary to enforce the parties' settlement agreement.

                                          Respectfully submitted,

                                          /s/ Wesley T. Fortune_____

                                          Wesley T. Fortune  (Sup. Ct. # 0085397)
                                          4417 Carroll Southern Road
                                          Carroll, Ohio 43112
                                          Telephone: (614) 218-9745
                                          Facsimile: (614) 569-0100
                                          E-Mail:  *wfortune@wtflegal.com*
                                          *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June, 2018, I e-mailed the above document to Defendants' counsel identified herein:
Faith C. Whittaker and Susan H. Jackson, Dinsmore & Shohl LLP, 225 East Fifth Street, Suite 1900, Cincinnati, OH 45202,
Janay Stevens, Dinsmore & Shohl LLP, 191 W. Nationwide Blvd., Suite 300, Columbus, OH 43215
Faith.whittaker@dinsmore.com; janay.stevens@dinsmore.com; susan.jackson@dinsmore.com, Attorneys for Defendants.

                                          */s/ Wesley T. Fortune*_____
                                          Wesley T. Fortune